**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
25 NOV -3 PM 12: 43

Civil Action No. _____
(To be supplied by the court)

Cyndi (Cindy) Henderson_____, Plaintiff

v.

  Adams County Commissioners_____,

  Adams County Head Start_____,

  Adams County Human Services_____,

C/O Michelle Michel –Adams County Attorney Office___, Defendant(s).

**Jury Trial requested:**
**(please check one)**
__X_ Yes ___ No

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

---

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

**A.      PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the*

*court may result in dismissal of your case.*

Cyndi (Cindy) Henderson 4822 Xanthia Street Apt#303 Denver Colorado 80238

_____

(Name and complete mailing address)

720-318-8785 | cyndihenderson1@gmail.com

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Adams County Head Start 11860 N. Pecos Street Westminster CO 80238
                (Name and complete mailing address)

                720-523-2700 or  303-227-2700
                (Telephone number and e-mail address if known)

Defendant 2:    Adams County Human Services 11860 N. Pecos Street Westminster CO 80238
                (Name and complete mailing address)

                720-523-2700
                (Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

___X___  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.
         (Employment discrimination on the basis of race, color, religion, sex, or national origin)

___X___  Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment
         Discrimination on the basis of a disability)

___X___  Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.
         (Employment discrimination on the basis of age)

___X___  Other: (*please specify*) See Others Below:
         1.    The Family and Medical Leave Act (FMLA) (29 U.S.C. §2601 et seq.)
               Prohibits retaliation for exercising rights to family or medical leave.

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts*

2

*that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   Civil Rights Employment Violations

The conduct complained of in this claim involves the following: (*check all that apply*)

    \_\_\_\_ failure to hire          \_X\_ different terms and conditions of employment

    \_\_\_\_ failure to promote          \_\_\_\_ failure to accommodate disability

    \_\_\_\_ termination of employment     \_X\_ retaliation

    \_X\_ other: (*please specify*) Adverse Employment Action – in the form of a job demotion, resulting in reduced pay and responsibilities.

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    \_X\_ race        \_\_\_\_ religion        \_\_\_\_ national origin        \_X\_ age

    \_\_\_\_ color        \_\_\_\_ sex        \_X\_ disability

    Supporting facts:

See Separate Sheet for Statement for Claim(s)

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*Check one*)

    \_X\_ Yes (***You must attach a copy of the administrative charge to this complaint***)
    \_\_\_\_ No

Have you received a notice of right to sue? (*Check one*)

    \_X\_ Yes (***You must attach a copy of the notice of right to sue to this complaint***).

Plaintiff requested that the EEOC rescind the notice so the investigation could continue and EEOC procedural errors, data analysis and its accuracies be corrected, but the agency has not responded, apparently due to a government shutdown. No end in sight when the government will reopen.

    \_\_\_\_ No

**\*See Separate Sheet for Motions to the Court:** PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING COMPLETION OF EEOC/CCRD INVESTIGATION; STAY PROCEEDINGS AND PRESERVE RIGHT TO AMEND; AND MOTION TO DISQUALIFY.

**F.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

<u>See Separate This Request with the Statement claims attached to this Complaint.</u>

**G.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)

(Revised February 2022)

4